DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar # 6875
100 W. Liberty Street, Suite 600
Reno, NV 89501
(775) 784-5438
(775) 784-5181-facsimile

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| REESE RIVER BASIN CITIZENS AGAINST FRACKING, LLC, a Nevada limited liability company,<br><br>     Plaintiff,<br><br>THE BUREAU OF LAND MANAGEMENT, et al.,<br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) |

3:14-cv-338-MMD-WGC

ORDER GRANTING
**MOTION TO ADMIT GOVERNMENT**
**ATTORNEY (Dominika Tarczynska)**

   THE UNITED STATES ATTORNEY for the District of Nevada hereby moves, pursuant to LR-IA-10-3, for the admission of <u>Dominika Tarczynska</u> to the Bar of this Court for the purpose of representing the United States of America, its political subdivisions, officers, and employees, during the period of her employment by the United States as an attorney.  It is anticipated that Ms. Tarczynska will enter an appearance in this action on behalf of the federal defendants.

   Dominika Tarczynska has been a licensed attorney since 2006.  Ms. Tarczynska is a member in good standing of the State Bar of New York (Bar # 4431573).  Since 2011, Ms. Tarczynska has been an attorney employed by the United States Department of Justice, Environment and Natural Resources Division, Natural Resources Section, and her office is located in Washington, D.C.  Ms. Tarczynska has never been subject to any disciplinary action by any bar.

   LR-IA-10-3 provides that " [u]nless otherwise ordered by the Court, any nonresident

attorney who is a member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this District or one of the assistants, be permitted to practice before this Court during the period of such employment."

It is respectfully requested that an Order be issued permitting Dominika Tarczynska to practice before this Court during the period of her employment by the United States as an attorney.  It is anticipated that Ms. Tarczynska will enter an appearance in this action on behalf of the federal defendants.

Dated:  July 14, 2014                    Respectfully submitted,

                                         DANIEL G. BOGDEN
                                         United States Attorney

                                          /Greg Addington/
                                         GREG ADDINGTON
                                         Assistant United States Attorney


                                         IT IS SO ORDERED:

                                         _____
                                         UNITED STATES DISTRICT JUDGE

                                         DATED:  July 16, 2014
                                         _____